# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC ROGGENKAMP, | Case No.: 2:23-CV-05531-WLH-AGR |
| Plaintiff, | |
| v. | **JUDGMENT** |
| THE MORGAN STANLEY MEDICAL PLAN, | |
| Defendant. | |

The above-captioned matter came for bench trial on July 8, 2024, the United States District Court for the Central District of California, with the Honorable Wesley L. Hsu presiding.  Russell G. Petti of the Law Offices of Russell G. Petti appeared on behalf of Plaintiff Marc Roggenkamp.  Alysia B. Carroll of Cole Pedroza LLP appeared on behalf of Defendant Morgan Stanely Medical Plan.  The Court having considered the Parties' trial briefs, the administrative record, and the arguments of counsel, the Court granted judgment in Defendant Morgan Stanley Medical Plan's favor.

1       **NOW, THEREFORE, IT IS ORDERED, ADJUDGED, AND**

2  **DECREED** that judgment be entered in favor of Defendant Morgan Stanley

3 Medical Plan and against Plaintiff Marc Roggenkamp.  Plaintiff shall take nothing

4 by way of his complaint against Defendant.  Each party shall bear their own fees

5 and costs.

6

7 **IT IS SO ORDERED.**

8

9   DATED: 12/19/2024

10

11                          By: _____

                             HON. WESLEY L. HSU

12                            UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19                       1

20

21

22

23

24

25

26

27

28